## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–1599.   Sexton 1987 Hillside Ltd. Partnership IX v. Montgomery Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2007–V–1056.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2008–1505.   State ex rel. Kappes v. Shoe Carnival, Inc.**
Franklin App. No. 07AP–812, 2008-Ohio-3295.

## CASE ANNOUNCEMENTS

*September 29, 2008*

[Cite as *09/29/2008 Case Announcements,* 2008-Ohio-4923.]

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–1791.   Sonnet Investments, L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–A–320.

## CASE ANNOUNCEMENTS

*September 29, 2008*

[Cite as *09/29/2008 Case Announcements #2,* 2008-Ohio-4969.]

## MOTION AND PROCEDURAL RULINGS

**2008–1813.   State ex rel. Colvin v. Brunner.**
In Mandamus. Upon consideration of the motions for admission of pro have vice of Neil Bradley, Daniel P. Tokaji, Brenda Wright, Jon Greenbaum, Bob Kengle, Jennifer R. Scullion, and Matthew